**Motion GRANTED and Order filed August 6, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00600-CV

———————

### IN RE VICKI NELSEN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1061520**

---

## ORDER

On August 1, 2019, relator Vicki Nelsen filed a petition for writ of mandamus asking this court to compel the Honorable Lesley Briones, presiding judge of the County Civil Court at Law No. 4, in Harris County, Texas, to vacate her order dated June 21, 2019, granting the motion of real party in interest Debby Ovalle, individually and as next friend to her minor child, Sebastian Ovalle, for a new trial. The new trial has been set for August 19, 2019.

Relator also has filed a motion for temporary relief, asking this court to stay the trial set for August 19, 2019, pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the new trial **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real party in interest to file a response to the petition for writ of mandamus on or before August 14, 2019**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.